IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ 21-98-M-KLD |
| 45 Russell Park West, Missoula, Montana, 59801 and a 2021 Nissan Sentra, Montana License Plate #637758C | ORDER |

The warrant in the above-entitled matter having been executed and returned together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 12th day of October, 2021.

Kathleen L. DeSoto
United States Magistrate Judge

1